Certificate Number: 05781-VAE-DE-033756487

Bankruptcy Case Number: 19-34213

05781-VAE-DE-033756487

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 26, 2019, at 7:12 o'clock PM PST, James Baker Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: November 26, 2019

By: /s/Allison M Geving

Name: Allison M Geving

Title: President

Certificate Number: 05781-VAE-DE-033756488

Bankruptcy Case Number: 19-34213

05781-VAE-DE-033756488

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 26, 2019, at 7:12 o'clock PM PST, Patricia Baker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: November 26, 2019

By: /s/Allison M Geving

Name: Allison M Geving

Title: President